Argued and submitted April 6, affirmed July 8, 1992

## ROBERTO TORIBIO-LOPEZ,
*Appellant,*

*v.*

## STATE OF OREGON,
*Respondent.*

(91C-10254, 91C-10253;
CA A70647 (Control), A70659)
(Cases Consolidated)

834 P2d 520

Robert E. Thomas, III, Molalla, argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Petitioner was convicted in Woodburn municipal court, in 2 separate cases, of second degee trespass. He appeals the post-conviction court's dismissal of his petitions for post-conviction relief. The Post-Conviction Hearings Act does not apply to municipal court convictions. *Hunter v. State of Oregon*, 306 Or 529, 761 P2d 502 (1988). Although the trial court did not base its dismissal on that ground, it did not have subject matter jurisdiction.

Affirmed.